**Opinion issued November 14, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00847-CV**

———————————

**IN RE DARRELL J. HARPER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Darrell J. Harper, a vexatious litigant subject to a pre-filing order, filed a pro se petition for writ of mandamus, in which he requested that this Court issue a writ of mandamus to "lift sanction put in place to keep relator at or below the federal poverty level" and to further "instruct [the] trial court to reinstate lawsuits."[1]

---

[1]  The respondent is the Honorable Latosha Lewis Payne, the Local Administrative District Judge of Harris County, Texas.  The underlying case is *Darrell J. Harper v. The State of Texas, Governor Greg Abbott, and the State of Texas Attorney General,*

Generally, the Clerk of this Court may not file an appeal or original proceeding in a civil matter presented by a vexatious litigant subject to a pre-filing order unless: (1) the litigant first obtains an order from the local administrative judge permitting the filing or (2) the litigant is appealing from a pre-filing order declaring the person a vexatious litigant. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a). Here, relator has not provided the Court with any indication that he obtained permission from the local administrative judge prior to filing his mandamus petition.

However, relator's petition appears to challenge two orders of the Honorable Latosha Lewis Payne, the Local Administrative District Judge of Harris County, Texas, including: (1) a September 3, 2024 order denying relator's request to pursue a lawsuit "against the State of Texas, Governor Greg Abbott[,] and the Texas Attorney General" and (2) an October 14, 2024 order denying relator's request to "declare void the order that adjudicated [relator] as a vexatious litigant."

Our review of relator's mandamus petition reflects that relator has failed to establish that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.

---

Cause No. 2024-33938, in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding.

2